# American Gas Machine Co., Defendant in Error, v. Sil= vestro Giggi, Plaintiff in Error.

## Gen. No. 16,243.

VERDICTS—*when not disturbed as against the evidence.* A verdict will not be set aside as against the evidence unless clearly and manifestly so.

Error to the Municipal Court of Chicago; the HON. GEORGE J. COWING, Judge, presiding. Heard in this court at the March term, 1910. Affirmed. Opinion filed May 20, 1912.

CAIROLI GIGLIOTTI, for plaintiff in error.

SUMNER C. PALMER and CHARLES DANIELS, for defendant in error.

MR. PRESIDING JUSTICE BROWN delivered the opinion of the court.

This is a writ of error to the Municipal Court of Chicago to reverse a judgment of $32.50 rendered by that Court on November 11, 1909, in favor of the American Gas Machine Company against Silvestro Giggi, the plaintiff in error.

The amount was for rental of a regulator belonging to the Gas Machine Co. applied, at Gigg's request and under a contract for rental payments, as the Company contends, to certain gas pipes which Giggi used in his business and which he contends he used in connection with a partner who was not joined as defendant in the suit. So far as there is any contradiction in the evidence, however, it is on questions of fact, and there was plainly a case made by the plaintiff's evidence to justify the judgment, which is affirmed.

*Affirmed.*